**Michael ASBURY; Kathryn Asbury, parents of Daniel Asbury; Plaintiffs–Appellants,**

**United States of America, Intervenor Plaintiff,**

v.

**MISSOURI DEPARTMENT OF ELEMENTARY AND SECONDARY EDUCATION, Defendant–Appellee.**

No. 00–2510.

United States Court of Appeals, Eighth Circuit.

Submitted April 12, 2001.

Decided April 18, 2001.

Before BOWMAN and FAGG, Circuit Judges, and VIETOR,* District Judge.

[UNPUBLISHED]

PER CURIAM.

The parents of Daniel Asbury, an autistic child, brought this action under the Individuals with Disabilities Education Act and the Rehabilitation Act against the Missouri Department of Elementary and Secondary education (DESE). The Asburys allege the DESE violated its duty to prepare its personnel to evaluate and educate children with autism by acquiring and disseminating knowledge and adopting appropriate practices. According to the Asburys, this failure contributed to a delay in Daniel's diagnosis and in the implementation of appropriate services for him. The district court ** granted summary judgment in favor of the DESE. On appeal, the Asburys argue the district court committed error in granting summary judgment. Having carefully reviewed the record, we disagree and affirm on the basis of the district court's thorough, 101–page decision. *See* 8th Cir. R. 47B.

* The Honorable Harold D. Vietor, United States District Judge for the Southern District of Iowa, sitting by designation.

** The Honorable E. Richard Webber, United States District Judge for the Eastern District of Missouri.